RECEIVED
IN LAKE CHARLES, LA.
JUL 07 2015
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| DANIEL PEREZ, | * | CIVIL ACTION NO. 2:12-cv-2924 |
| Plaintiff, | * | |
| v. | * | JUDGE MINALDI |
| ERIC HOLDER, ET AL., | * | |
| Defendants. | * | MAGISTRATE JUDGE KAY |

**************************************************************

## ORDER

For the reasons stated in the Report and Recommendation [Doc. 39] of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the defendants' Motion for Summary Judgment [Doc. 23] be and hereby is **GRANTED**.

**IT IS FURTHER ORDERED** that the above-captioned matter be and hereby is **DISMISSED, WITH PREJUDICE.**

Lake Charles, Louisiana, this 2 day of July, 2015.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE